UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

THE INDEPENDENCE PROJECT, INC.,
a New Jersey Non-Profit Corporation,

     Plaintiff,

vs.

                                            Case No.: 2:20-cv-00355

BENSALEM ASSOCIATES, L.P., a
Pennsylvania Limited Partnership,

     Defendant.

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

     Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.  The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

Respectfully Submitted,


**/s/John P. Fuller**                                    **/s/Daniel R. Utain**
John P. Fuller, Esq., *pro hac vice*        Daniel R. Utain, Esq.
Fuller, Fuller & Associates, P.A.            Kaplin, Stewart, Meloff, Reiter & Stein, P.C.
12000 Biscayne Boulevard. Suite 502     910 Harvest Drive
North Miami, FL  33181                         Blue Bell, PA  19422-0765
Telephone: (305) 891-5199                     Telephone: (610) 941-2582
Facsimile: (305) 893-9505                      Facsimile: (610) 684-2032
jpf@fullerfuller.com                               dutain@kaplaw.com
and                                                         *Attorneys for Defendant*
David S. Dessen, Esq.
PA Bar No. 17627
Dessen, Moses & Rossitto
600 Easton Road
Willow Grove, PA  19090
Telephone: (215) 658-1400
Facsimile: (215) 658-2879
ddessen@dms-lawyer.com
*Attorneys for Plaintiff*


Date: **September 24, 2021**                    Date: **September 24, 2021**